IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALCOA, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-383-SLR |
| | ) | |
| ALCAN, INC., a Canadian corporation, ALCAN CORP., a Texas corporation, ALCAN CORP., a Delaware corporation, PECHINEY, S.A., a French corporation, ALCAN RHENALU, a French corporation, ALCAN PECHINEY CORP., a Texas corporation, PECHINEY METALS, LLC, a Delaware limited liability company, ALCAN ROLLED PRODUCTS-RAVENSWOOD,LLC, a Delaware limited liability company | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

It is hereby stipulated by and between counsel, subject to the approval and order of the Court, that defendants Alcan, Inc., a Canadian corporation, Alcan Corp., a Texas corporation, Alcan Corp., a Delaware corporation, Pechiney, S.A., a French corporation, Alcan Rhenalu, a French corporation, Alcan Pechiney Corp., a Texas corporation, Pechiney Metals, LLC, a Delaware limited liability company and Alcan Rolled Products-Ravenswood, LLC, a Delaware limited liability company, shall have up to and including August 15, 2006 to answer, move or otherwise respond to the Complaint. This stipulation shall in no way affect or impair the right of any party to raise or assert any defense or objection, including objections to the lack of personal jurisdiction.

| RICHARDS LAYTON & FINGER | ASHBY & GEDDES |
|---|---|
| */s/ Gregory E. Stuhlman* | */s/ John G. Day* |
| Frederick L. Cottrell, III (#2555)<br>Jeffrey L. Moyer (#3309)<br>Gregory E. Stuhlman (#4765)<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE  19899<br>cottrell@rlf.com<br>moyer@rlf.com<br>stuhlman@rlf.com | Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>Tiffany Geyer Lydon (ID #3950)<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE  19801<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

170959.1

So Ordered this ____ day of _____, 2006.

_____
Chief Judge