## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA, INC.,<br><br>                              Plaintiff,<br><br>vs.<br><br>ALCAN, INC., a Canadian corporation,<br>ALCAN CORP., a Texas corporation, ALCAN<br>CORP., a Delaware corporation, PECHINEY,<br>S.A., a French corporation, ALCAN<br>RHENALU, a French corporation, ALCAN<br>PECHINEY CORP., a Texas corporation,<br>PECHINEY METALS, LLC, a Delaware<br>corporation, ALCAN ROLLED PRODUCTS -<br>RAVENSWOOD, LLC, a Delaware<br>corporation,<br><br>                              Defendants. | C.A. No. 06-383-SLR |

## DECLARATION OF MAILING

Gregory E. Stuhlman declares as follows:

1.    I am an associate with the law firm of Richards, Layton & Finger, counsel to Plaintiff Alcoa, Inc. in this action.

2.    Defendant Alcan Pechiney Corp. is a corporation organized and existing under the laws of the State of Texas, with its principal place of business located at 6060 Parkland Boulevard, Mayfield Heights, Ohio 44124.

3.    Defendant Alcan Corp. is a corporation organized and existing under the laws of the State of Texas, with its principal place of business located at 6060 Parkland Boulevard, Mayfield Heights, Ohio 44124.

4.      Defendant Pechiney S.A. is a French société anonyme, organized and existing under the laws of France, with a principal place of business located at 7 place du Chancelier Adenauer, 75218 Paris Cedex 16, France.

5.      Defendant Alcan Rhenalu is a French corporation, organized and existing under the laws of France, with a principal place of business located at 7 place du Chancelier Adenauer, 75218 Paris Cedex 16, France.

6.      The Summons and Complaint in this action were served on Defendant Alcan Pechiney Corp. on June 13, 2006, pursuant to 10 Del. C. § 3104, by hand delivery to the Delaware Secretary of State, together with the statutory fee of $2.00. A copy of the Summons, showing service on the Secretary of State, was filed with the Court on June 15, 2006.

7.      The Summons and Complaint in this action were served on Defendant Alcan Corp. on June 13, 2006, pursuant to 10 Del. C. § 3104, by hand delivery to the Delaware Secretary of State, together with the statutory fee of $2.00. A copy of the Summons, showing service on the Secretary of State, was filed with the Court on June 15, 2006.

8.      The Summons and Complaint in this action were served on Defendant Pechiney S.A. on June 13, 2006, pursuant to 10 Del. C. § 3104, by hand delivery to the Delaware Secretary of State, together with the statutory fee of $2.00. A copy of the Summons, showing service on the Secretary of State, was filed with the Court on June 15, 2006.

9.      The Summons and Complaint in this action were served on Defendant Alcan Rhenalu on June 13, 2006, pursuant to 10 Del. C. § 3104, by hand delivery to the Delaware Secretary of State, together with the statutory fee of $2.00. A copy of the Summons, showing service on the Secretary of State, was filed with the Court on June 15, 2006.

10.     On June 16, 2006, copies of the Summons, Complaint, Rule 7.1 Disclosure Statement and Civil Case Information Statement were sent by registered mail to Alcan Pechiney

Corp., 6060 Parkland Boulevard, Mayfield Heights, Ohio 44124, together with a notice stating that service of the original Summons and a copy of the Complaint was made upon the Delaware Secretary of State, and that under 10 <u>Del. C.</u> § 3104, such service is as effectual to all intents and purposes as if it had been made upon Alcan Pechiney Corp. personally within this State. <u>See</u> Exhibit A.

11.    On June 16, 2006, copies of the Summons, Complaint, Rule 7.1 Disclosure Statement and Civil Case Information Statement were sent by registered mail to Alcan Corp., 6060 Parkland Boulevard, Mayfield Heights, Ohio 44124, together with a notice stating that service of the original Summons and a copy of the Complaint was made upon the Delaware Secretary of State, and that under 10 <u>Del. C.</u> § 3104, such service is as effectual to all intents and purposes as if it had been made upon Alcan Corp. personally within this State. <u>See</u> Exhibit B.

12.    On June 16, 2006, copies of the Summons, Complaint, Rule 7.1 Disclosure Statement and Civil Case Information Statement were sent by registered mail to Pechiney S.A., 7 place du Chancelier Adenauer, 75218 Paris Cedex 16, France, together with a notice stating that service of the original Summons and a copy of the Complaint was made upon the Delaware Secretary of State, and that under 10 <u>Del. C.</u> § 3104, such service is as effectual to all intents and purposes as if it had been made upon Pechiney S.A. personally within this State. <u>See</u> Exhibit C.

13.    On June 16, 2006, copies of the Summons, Complaint, Rule 7.1 Disclosure Statement and Civil Case Information Statement were sent by registered mail to Alcan Rhenalu, 7 place du Chancelier Adenauer, 75218 Paris Cedex 16, France, together with a notice stating that service of the original Summons and a copy of the Complaint was made upon the Delaware Secretary of State, and that under 10 <u>Del. C.</u> § 3104, such service is as effectual to all intents and purposes as if it had been made upon Alcan Rhenalu personally within this State. <u>See</u> Exhibit D.

14.    The registered mail return receipt shows that Alcan Pechiney Corp. received the registered letter and enclosed documents on June 21, 2006.  <u>See</u> Exhibit E.

15.    The registered mail return receipt shows that Alcan Corp. received the registered letter and enclosed documents on June 21, 2006.  <u>See</u> Exhibit F.

16.    The registered mail return receipt shows that Pechiney S.A. received the registered letter and enclosed documents on June 23, 2006.  <u>See</u> Exhibit G.

17.    The registered mail return receipt shows that Alcan Rhenalu received the registered letter and enclosed documents on June 23, 2006.  <u>See</u> Exhibit H.


I declare under penalty of perjury that the foregoing is true and correct.


Executed on June 30, 2006

_____
Gregory E. Stuhlman (#4765)

RLF1-3032672-1

# Exhibit A

# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION

ONE RODNEY SQUARE

920 NORTH KING STREET

WILMINGTON, DELAWARE 19801

(302) 651-7700

FAX (302) 651-7701

WWW.RLF.COM

GREGORY E. STUHLMAN

DIRECT DIAL NUMBER

302-651-7578

STUHLMAN@RLF.COM

June 16, 2006

**VIA REGISTERED MAIL**

**RR 366 067 709 US**

**RETURN RECEIPT REQUESTED**

Alcan Pechiney Corp.

6060 Parkland Boulevard

Mayfield Heights, Ohio 44124

> Re:    **Alcoa, Inc. v. Alcan, Inc., Alcan Corp., Alcan Corp., Pechiney, S.A.,**
> **Alcan Rhenalu, Alcan Pechiney Corp., Pechiney Metals, LLC, and**
> **Alcan Rolled Products - Ravenswood, LLC, C.A. No. 06-383 (D. Del.)**

Dear Sir or Madam:

I write to inform you that Alcoa, Inc. has filed a Complaint against Alcan Pechiney Corp. in the United States District Court for the District of Delaware.

Enclosed is a copy of the Summons and Complaint filed in this action. The original Summons and a copy of the Complaint were personally served upon the Secretary of State of the State of Delaware in compliance with 10 *Del. C.* § 3104. Such service is effectual for all intents and purposes as if it had been made upon you personally within the State of Delaware.

Please be advised that through this letter I am personally notifying you that a Complaint has been filed against you by Alcoa, Inc. as a result of your actions alleged in the Complaint. This letter will further serve to inform you that you have an obligation to answer the Complaint filed against you and that your failure to do so may result in a default judgment being entered against you.

Very truly yours,

Gregory E. Stuhlman

GYS

Enclosures

RLF1-3027045-1

# Exhibit B

# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

GREGORY E. STUHLMAN

DIRECT DIAL NUMBER
302-651-7578
STUHLMAN@RLF.COM

June 16, 2006

**VIA REGISTERED MAIL**
**RR 366 067 690 US**
**RETURN RECEIPT REQUESTED**

Alcan Corp.
6060 Parkland Boulevard
Mayfield Heights, Ohio  44124

> Re:  **Alcoa, Inc. v. Alcan, Inc., Alcan Corp., Alcan Corp., Pechiney, S.A.,**
> **Alcan Rhenalu, Alcan Pechiney Corp., Pechiney Metals, LLC, and**
> **Alcan Rolled Products - Ravenswood, LLC, C.A. No. 06-383 (D. Del.)**

Dear Sir or Madam:

I write to inform you that Alcoa, Inc. has filed a Complaint against Alcan Corp. in the United States District Court for the District of Delaware.

Enclosed is a copy of the Summons and Complaint filed in this action. The original Summons and a copy of the Complaint were personally served upon the Secretary of State of the State of Delaware in compliance with 10 *Del. C.* § 3104. Such service is effectual for all intents and purposes as if it had been made upon you personally within the State of Delaware.

Please be advised that through this letter I am personally notifying you that a Complaint has been filed against you by Alcoa, Inc. as a result of your actions alleged in the Complaint. This letter will further serve to inform you that you have an obligation to answer the Complaint filed against you and that your failure to do so may result in a default judgment being entered against you.

Very truly yours,

Gregory E. Stuhlman

GYS
Enclosures

RLF1-3027032-1

# Exhibit C

RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION

ONE RODNEY SQUARE

920 NORTH KING STREET

GREGORY E. STUHLMAN

WILMINGTON, DELAWARE 19801

(302) 651-7700

FAX (302) 651-7701

WWW.RLF.COM

DIRECT DIAL NUMBER
302-651-7578
STUHLMAN@RLF.COM

June 16, 2006

**VIA INTERNATIONAL REGISTERED MAIL**
**RR 366 067 726 US**
**RETURN RECEIPT REQUESTED**

Pechiney, S.A.
7 place du Chancelier Adenauer
75218 Paris Cedex 16
France

Re:    **Alcoa, Inc. v. Alcan, Inc., Alcan Corp., Alcan Corp., Pechiney, S.A.,**
**Alcan Rhenalu, Alcan Pechiney Corp., Pechiney Metals, LLC, and**
**Alcan Rolled Products - Ravenswood, LLC, C.A. No. 06-383 (D. Del.)**

Dear Sir or Madam:

I write to inform you that Alcoa, Inc. has filed a Complaint against Pechiney, S.A. in the United States District Court for the District of Delaware.

Enclosed is a copy of the Summons and Complaint filed in this action. The original Summons and a copy of the Complaint were personally served upon the Secretary of State of the State of Delaware in compliance with 10 *Del. C.* § 3104. Such service is effectual for all intents and purposes as if it had been made upon you personally within the State of Delaware.

Please be advised that through this letter I am personally notifying you that a Complaint has been filed against you by Alcoa, Inc. as a result of your actions alleged in the Complaint. This letter will further serve to inform you that you have an obligation to answer the Complaint filed against you and that your failure to do so may result in a default judgment being entered against you.

Very truly yours,

Gregory E. Stuhlman

GYS
Enclosures

RLF1-3027017-1

# Exhibit D

**RICHARDS, LAYTON & FINGER**

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

GREGORY E. STUHLMAN

DIRECT DIAL NUMBER
302-651-7578
STUHLMAN@RLF.COM

June 16, 2006

**VIA INTERNATIONAL REGISTERED MAIL**
**RA 906 724 109 US**
**RETURN RECEIPT REQUESTED**

Alcan-Rhenalu
7 place du Chancelier Adenauer
75218 Paris Cedex 16
France

> Re:   **Alcoa, Inc. v. Alcan, Inc., Alcan Corp., Alcan Corp., Pechiney, S.A.,**
> **Alcan Rhenalu, Alcan Pechiney Corp., Pechiney Metals, LLC, and**
> **Alcan Rolled Products - Ravenswood, LLC, C.A. No. 06-383 (D. Del.)**

Dear Sir or Madam:

I write to inform you that Alcoa, Inc. has filed a Complaint against Alcan-Rhenalu in the United States District Court for the District of Delaware.

Enclosed is a copy of the Summons and Complaint filed in this action. The original Summons and a copy of the Complaint were personally served upon the Secretary of State of the State of Delaware in compliance with 10 *Del. C.* § 3104. Such service is effectual for all intents and purposes as if it had been made upon you personally within the State of Delaware.

Please be advised that through this letter I am personally notifying you that a Complaint has been filed against you by Alcoa, Inc. as a result of your actions alleged in the Complaint. This letter will further serve to inform you that you have an obligation to answer the Complaint filed against you and that your failure to do so may result in a default judgment being entered against you.

Very truly yours,

Gregory E. Stuhlman

GYS

RLF1-3027029-1

# Exhibit E

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Alcan Pechiney Corp.*
*6060 Parkland Blvd.*
*Mayfield Heights, OH*
*44124*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                  02-21-06

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☒ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    RR ~~366~~ 366 067 709 US

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

# Exhibit F

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Alcan Corp.*
*6060 Parkland Blvd.*
*Mayfield Heights, OH*
*44124*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent
                              ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
                                    6 21-66

D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☒ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
   (Transfer from service label)     RR 366 067 690 US

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540

# Exhibit G

| Item Description (Nature de l'envoi) | ☒ Registered Article (Envoi recommandé) | ☐ Letter (Lettre) | ☐ Printed Matter (Imprimé) | ☐ Other (Autre) | Recorded Delivery ☐ (Envoi à livraison attestée) | Express ☐ Mail Inter-national |

**Insured Parcel**
☐ (Colis avec valeur déclarée)

Insured Value (Valeur déclarée) 15 h

Article Number RR 366 067 726 45

Office of Mailing (Bureau de dépôt) 27-6 2006
*Péchirey S.A.*

Date of Posting (Date de dépôt)

Addressee Name or Firm (Nom ou raison sociale du destinataire)
*1 Place du Chancelier Adenauer*

Street and No. (Rue et No.)
*75 218 Paris Cedex 16*

Place and Country (Localité et pays)
*France*

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur.)

Postmark of the office of destination (Timbre du bureau de destination)
*Plis Spéciaux Rue Spontini 75016 PARIS*

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Date

Signature of Addressee (Signature du destinataire)

Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

PS Form **2865**, February 1997 (Reverse)

*Completed by the office of origin. (A remplir par le bureau d'origine.)*

*Completed at destination. (A compléter à destination.)*

# Exhibit H

| Item Description (Nature de l'envoi ) | Registered Article (Envoi recommandé) | Letter (Lettre) | Printed Matter (Imprimé) | Other (Autre) | Recorded Delivery (Envoi à livraison attestée) | Express Mail International |
|---|---|---|---|---|---|---|

Insured Parcel (Colis avec valeur déclarée)

Insured Value (Valeur déclarée)
15 D

Article Number
RA 906 424 709 45

Office of Mailing (Bureau de dépôt)
27-6-2006

Date of Posting (Date de dépôt)

Addressee Name or Firm (Nom ou raison sociale du destinataire)
1 Place du Chancelier, Adenauer

Street and No. (Rue et No.)
75318 Paris Cedex 16

Place and Country (Localité et pays)
France

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.
(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur.)

☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.)

Date

Signature of Addressee (Signature du destinataire)

Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

Postmark of the office of destination (Timbre du bureau de destination)
Plis Spéciaux
5, Rue Spontini
75016 PARIS

PS Form **2865**, February 1997 (Reverse)