IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ALCAN, INC., a Canadian corporation, ALCAN CORP., a Texas corporation, ALCAN CORP., a Delaware corporation, PECHINEY, S.A., a French corporation, ALCAN RHENALU, a French corporation, ALCAN PECHINEY CORP., a Texas corporation, PECHINEY METALS, LLC, a Delaware corporation, ALCAN ROLLED PRODUCTS - RAVENSWOOD, LLC, a Delaware corporation, <br><br> Defendants. | C.A. No. 06-383-SLR |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Evan Chesler, Daniel Slifkin and Stephen Frank to represent Plaintiff Alcoa, Inc. in this matter.

OF COUNSEL:

Evan Chesler
Daniel Slifkin
Stephen Frank
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

Dated: July 21, 2006

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Plaintiff Alcoa, Inc.*

RLF1-3039356-1

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____    _____
                                         United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of New York, the Southern, Eastern and Northern Districts of New York, the Northern District of California, the Eastern District of Michigan, the Districts of Colorado, Connecticut and the District of Columbia, and the First, Second, Third, Fifth, Ninth and Federal Circuits and the United States Supreme Court, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: 7/20/06

Evan Chesler

Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of New York, the Southern District of New York and the Second and Fourth Circuits, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: 7/20/06

_____
Daniel Slifkin

Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of New York and the Southern District of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: 7/20/06

Stephen Frank

Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND

John G. Day
Ashby & Geddes
222 Delaware Avenue
Wilmington, Delaware 19899

I further certify that on July 21, 2006, I caused to be sent the foregoing document to the following in the manner noted:

### BY FEDERAL EXPRESS

Steven R. Trybus
Donald R. Cassling
Shelly Smith
Patrick L. Patras
Jenner & Block
One IBM Plaza
Chicago, IL 60611-7603

_____
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com