IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-383-SLR |
| | ) |
| ALCAN INC., a Canadian corporation, ALCAN CORP., a Texas corporation, ALCAN CORP., a Delaware corporation, PECHINEY, S.A., a French corporation, ALCAN RHENALU, a French corporation, ALCAN PECHINEY CORP., a Texas corporation, PECHINEY METALS, LLC, a Delaware limited liability company, ALCAN ROLLED PRODUCTS – RAVENSWOOD, LLC, a Delaware limited liability company, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

1.  Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Alcan Inc., Alcan Corp. (Texas), Alcan Corp. (Delaware), Pechiney, S.A., Alcan Rhenalu, Alcan Pechiney Corp., Pechiney Metals, LLC, and Alcan Rolled Products – Ravenswood, LLC, (collectively, "Alcan"), respectfully request that Alcoa, Inc.'s ("Alcoa's") Complaint be dismissed for failure to state a claim upon which relief can be granted.

2.  Alcoa's Complaint contains two counts, one for infringement and one for active inducement to infringe. In Count One, Alcoa alleged that Alcan infringed one or more of the claims of United States Patent No. 5,213,639 (the "'639 patent") in violation of 35 U.S.C. § 271(a) by preparing to sell an alloy registered as the "2056" alloy. In Count Two, Alcoa alleged that Alcan actively induced infringement in violation of 35 U.S.C. § 271(b) by preparing

1

to offer the 2056 alloy to foreign aircraft manufacturers with knowledge that the alloy likely will be used to make aircraft sold in the United States.

3. Alcoa has not stated a claim for relief under 35 U.S.C. § 271(a) because it has not alleged any act of infringement. Alcoa has not alleged that Alcan made, used, offered to sell, imported, or sold any product within the United States covered by any claims of the '639 patent.

4. Alcoa has not stated a claim for relief under 35 U.S.C. § 271(b) because it has not alleged that any of Alcan's customers engaged in acts of infringement. Alcan, therefore, could not have "actively induced" them to do so.

5. Alcoa's claims for infringement and active inducement of infringement fail for an additional reason: Alcan's 2056 alloy does not meet each limitation of any claim of the '639 patent. Based on Alcoa's prior actions and the positions it took both in the Patent and Trademark Office and in this Court, the claims of the '639 patent are limited to alloys (and methods of making alloys) in which the amount of zinc is far less than the amount indisputably present in 2056.

6. Alcan submits contemporaneously herewith: (i) Defendants' Memorandum of Law in Support of Their Motion to Dismiss; and (ii) Appendix of Materials Cited in Defendants' Motion to Dismiss.

WHEREFORE, there being no claim upon which Alcoa could obtain relief, Defendants respectfully request that the Court grant their motion and dismiss the Complaint as to all Defendants with prejudice.

*Of Counsel:*

Steven R. Trybus
Donald R. Cassling
Shelley Smith
Patrick L. Patras
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611


Dated: August 15, 2006

172173.1

ASHBY & GEDDES

*/s/ Steven J. Balick*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-383-SLR |
| | ) |
| ALCAN INC., a Canadian corporation, ALCAN CORP., a Texas corporation, ALCAN CORP., a Delaware corporation, PECHINEY, S.A., a French corporation, ALCAN RHENALU, a French corporation, ALCAN PECHINEY CORP., a Texas corporation, PECHINEY METALS, LLC, a Delaware limited liability company, ALCAN ROLLED PRODUCTS – RAVENSWOOD, LLC, a Delaware limited liability company, | ) ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington this _____ day of _____, 2006, having considered Defendants' Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted,

IT IS HEREBY ORDERED that Defendants' Motion is GRANTED and this lawsuit is dismissed as to all Defendants with prejudice.

_____
Chief Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of August, 2006, the attached **DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | HAND DELIVERY |
| Evan R. Chesler, Esquire<br>Cravath, Swaine & Moore LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019 | VIA ELECTRONIC MAIL |
| William G. Todd, Esquire<br>Greenberg Traurig, LLP<br>200 Park Avenue<br>New York, NY 10166 | VIA ELECTRONIC MAIL |

/s/ Steven J. Balick
_____
Steven J. Balick

171219.1