IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ALCAN, INC., a Canadian corporation, ALCAN CORP., a Texas corporation, ALCAN CORP., a Delaware corporation, PECHINEY, S.A., a French corporation, ALCAN RHENALU, a French corporation, ALCAN PECHINEY CORP., a Texas corporation, PECHINEY METALS, LLC, a Delaware limited liability company, ALCAN ROLLED PRODUCTS - RAVENSWOOD, LLC, a Delaware limited liability company, <br><br> Defendants. | C.A. No. 06-383-SLR |

## STIPULATION AND ORDER

WHEREAS, various combinations of Defendants have filed motions to dismiss for failure to state a claim, lack of personal jurisdiction, and improper joinder (D.I. Nos. 20, 23 and 25, respectively); and

WHEREAS, the parties are in discussions as to possible resolution of the jurisdictional and joinder motions;

NOW THEREFORE, the parties, through their respective attorneys and subject to order of the Court, agree as follows:

1. Plaintiff's time to respond to all outstanding motions is extended through October 20, 2006.

2. If the attempts to resolve the jurisdictional and joinder motions are not successful, then the parties anticipate filing a further stipulation proposing how to

RLF1-3065315-1

proceed with the discovery that Plaintiff has indicated it believes will be needed on the jurisdictional and joinder motions as well as a briefing schedule on those motions and on the outstanding motion for failure to state a claim.

| /s/ Jeffrey L. Moyer | /s/ Steven J. Balick |
|---|---|
| Frederick L. Cottrell, III (#2555) | Steven J. Balick (#2114) |
| cottrell@rlf.com | sbalick@ashby-geddes.com |
| Jeffrey L. Moyer (#3309) | John G. Day (#2403) |
| moyer@rlf.com | jday@ashby-geddes.com |
| Gregory E. Stuhlman (#4765) | Tiffany Geyer Lydon (I.D. #3950) |
| Stuhlman@rlf.com | tlydon@ashby-geddes.com |
| Richards, Layton & Finger | Ashby & Geddes |
| One Rodney Square | 222 Delaware Avenue |
| P.O. Box 551 | P.O. Box 1150 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 651-7700 | (302) 654-1888 |
| *Attorneys for Plaintiff Alcoa, Inc.* | *Attorneys for Defendants* |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Court Judge