IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALCOA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-383-SLR |
| | ) | |
| ALCAN INC., a Canadian corporation, ALCAN CORP., a Texas corporation, ALCAN CORP., a Delaware corporation, PECHINEY, S.A., a French corporation, ALCAN RHENALU, a French corporation, ALCAN PECHINEY CORP., a Texas corporation, PECHINEY METALS, LLC, a Delaware limited liability company, ALCAN ROLLED PRODUCTS – RAVENSWOOD, LLC, a Delaware limited liability company, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 9th day of October, 2006, **DEFENDANTS' OBJECTIONS AND RESPONSES TO ALCOA'S FIRST SET OF INTERROGATORIES REGARDING JURISDICTION AND JOINDER** was served upon the following counsel of record at the address and in the manner indicated:

Frederick L. Cottrell, III, Esquire                    VIA ELECTRONIC MAIL
Jeffrey L. Moyer, Esquire
Gregory E. Struhlman, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

Daniel Slifkin, Esquire                                      VIA ELECTRONIC MAIL
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019

ASHBY & GEDDES

*/s/John G. Day*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Counsel for Defendants*

*Of Counsel:*

Steven R. Trybus
Donald R. Cassling
Shelley Smith
Patrick L. Patras
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611

Dated: October 10, 2006
174036.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of October, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | HAND DELIVERY |
| Evan R. Chesler, Esquire<br>Cravath, Swaine & Moore LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019 | VIA ELECTRONIC MAIL |
| William G. Todd, Esquire<br>Greenberg Traurig, LLP<br>200 Park Avenue<br>New York, NY 10166 | VIA ELECTRONIC MAIL |

*/s/ John G. Day*
_____
John G. Day