IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ALCAN, INC., a Canadian corporation, ALCAN CORP., a Texas corporation, ALCAN CORP., a Delaware corporation, PECHINEY, S.A., a French corporation, ALCAN RHENALU, a French corporation, ALCAN PECHINEY CORP., a Texas corporation, PECHINEY METALS, LLC, a Delaware corporation, ALCAN ROLLED PRODUCTS - RAVENSWOOD, LLC, a Delaware limited liability company, <br><br> Defendants. | C.A. No. 06-383-SLR |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on September 13, 2006, true and correct copies of Plaintiff Alcoa Inc.'s First Set of Interrogatories Regarding Jurisdiction and Joinder and Plaintiff Alcoa Inc.'s First Request For the Production of Documents Regarding Jurisdiction and Joinder were served upon the below-named counsel of record in the following manner:

**Via Hand Delivery**
Steven J. Balick
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899

RLF1-3070358-1

|  |  |
|---|---|
| OF COUNSEL: | /s/ Frederick L. Cottrell, III |
|  | Frederick L. Cottrell, III (#2555) |
| Evan Chesler | cottrell@rlf.com |
| Daniel Slifkin | Jeffrey L. Moyer (#3309) |
| Stephen Frank | moyer@rlf.com |
| Cravath, Swaine & Moore LLP | Gregory E. Stuhlman (#4765) |
| Worldwide Plaza | stuhlman@rlf.com |
| 825 Eighth Avenue | Richards, Layton & Finger |
| New York, New York 10019 | One Rodney Square |
| (212) 474-1000 | P. O. Box 551 |
|  | Wilmington, DE 19899 |
|  | (302) 651-7700 |
| Dated: October 13, 2006 | *Attorneys for Plaintiff Alcoa, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2006, I hand delivered the foregoing Notice of Service to the following persons and electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

**HAND DELIVERY:**
Steven J. Balick
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899

I hereby certify that on October 13, 2006, I have sent by Federal Express the aforesaid Notice of Service to the following non-registered participants:

**FEDERAL EXPRESS:**
Steven R. Trybus
Shelly Smith
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, Illinois 60611-7603

_____
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com