IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA, INC.,<br><br>                                    Plaintiff,<br><br>vs.<br><br>ALCAN, INC., a Canadian corporation, ALCAN CORP., a Texas corporation, ALCAN CORP., a Delaware corporation, PECHINEY, S.A., a French corporation, ALCAN RHENALU, a French corporation, ALCAN PECHINEY CORP., a Texas corporation, PECHINEY METALS, LLC, a Delaware limited liability company, ALCAN ROLLED PRODUCTS - RAVENSWOOD, LLC, a Delaware limited liability company,<br><br>                                    Defendants. | C.A. No. 06-383-SLR |

## STIPULATION AND ORDER

WHEREAS, the Defendants have filed jurisdictional and joinder motions (D.I. 23, 25) as well as a motion for failure to state a claim (D.I. 20);

WHEREAS, the parties have engaged in discussions and exchanged correspondence relating to those motions;

NOW THEREFORE, the parties, through their respective attorneys and subject to order of the Court, agree as follows:

1. All claims against the following seven Defendants will be dismissed without prejudice: Alcan, Inc., Alcan Corp. (a Texas corporation), Alcan Corp., (a Delaware corporation), Pechiney, S.A., Alcan Pechiney Corp., Pechiney Metals, LLC and Alcan Rolled Products - Ravenswood, LLC (the "Dismissed Defendants").

RLF1-3072910-1

2. Alcan Rhenalu hereby submits to the jurisdiction of this Court. Alcan Rhenalu is not challenging the subject matter jurisdiction of this Court except to the extent that any argument in its pending Motion to Dismiss for Failure to State a Claim Upon Which Relief May be Granted (D.I. 20) (the "12(b)(6) Motion") may be construed as a challenge to subject matter jurisdiction.

3. The Motion to be Dismissed From the Suit as Improperly Joined (D.I. 25) brought by Defendants Alcan Corp. (Texas), Alcan Corp. (Delaware), Alcan Pechiney Corp., Pechiney Metals, LLC and Alcan Rolled Products-Ravenswood, LLC's is withdrawn without prejudice.

4. The Motion to Dismiss for Lack of Personal Jurisdiction (D.I. 23) brought by Defendants Alcan, Inc., Alcan Corp. (Texas), Pechiney, S.A. and Alcan Pechiney Corp. is withdrawn without prejudice.

5. Plaintiff's time to respond to the sole outstanding motion, the 12(b)(6) Motion, is extended through and including Monday, November 6, 2006. Defendant Alcan Rhenalu's time to reply to Plaintiff's opposition to the 12(b)(6) Motion is extended through and including Friday, December 8, 2006.

6. Alcan Rhenalu will not object to or otherwise oppose a motion Plaintiff may file at a later date pursuant to Fed. R. Civ. P. 15(a) seeking to add additional Defendants that are within the Alcan, Inc. organization, including any of the Dismissed Defendants, based on the dismissal contained in Paragraph 1. Alcan Rhenalu and any of the parties Plaintiff may later seek to add as additional defendants to this action reserve any rights they may have to move to dismiss any such parties on any other grounds, including lack of personal jurisdiction and misjoinder.

7. Pechiney Plastic Packaging, Inc. and Alcan Centre de Recherches de Voreppe hereby agree to respond to Plaintiff's discovery requests as though they were parties to this action.

8. Alcan Rhenalu and Alcan Centre de Recherches de Voreppe hereby agree to waive any requirements that the Hague Convention might otherwise apply to written discovery requests directed to them. Alcoa, Inc., Alcan Rhenalu and Alcan Centre de Recherches de Voreppe agree to make a good faith effort to provide witnesses at mutually convenient locations for depositions.

_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Gregory E. Stuhlman (#4765)
Stuhlman@rlf.com
RICHARDS, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

*Attorneys for Plaintiff Alcoa, Inc.*

/s/ Steven J. Balick
Steven J. Balick (#2114)
sbalick@ashby-geddes.com
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

*Attorneys for Defendants*

SO ORDERED this _____ day of _____, 2006.

_____
United States District Court Judge