IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALCOA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-383-SLR |
| | ) | |
| ALCAN RHENALU, a French corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that the law firm of Ashby & Geddes is moving to new offices.

Effective December 18, 2006, the firm's address will be as follows:

> Ashby & Geddes
> 500 Delaware Avenue, 8th Floor
> P.O. Box 1150
> Wilmington, DE 19899 (19801 for hand deliveries)

The firm's telephone number, facsimile number, and e-mail address will remain unchanged.

ASHBY & GEDDES

*/s/ Steven J. Balick*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899

*Attorneys for Defendant*

*Of Counsel:*

Steven R. Trybus
Donald R. Cassling
Shelley Smith
Patrick L. Patras
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611

Dated: December 15, 2006
176136.1

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 15th day of December, 2006, the attached **NOTICE OF CHANGE OF FIRM ADDRESS** was served upon the below-named counsel of record at the address and in the manner indicated:

Frederick L. Cottrell, III, Esquire                <u>VIA ELECTRONIC MAIL</u>
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

Evan R. Chesler, Esquire                <u>VIA ELECTRONIC MAIL</u>
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019

William G. Todd, Esquire                <u>VIA ELECTRONIC MAIL</u>
Greenberg Traurig, LLP
200 Park Avenue
New York, NY  10166

*/s/ Steven J. Balick*
_____
Steven J. Balick