IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALCOA, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-383-SLR |
| | ) | |
| ALCAN, INC., a Canadian corporation, ALCAN CORP., a Texas corporation, ALCAN CORP., a Delaware corporation, PECHINEY, S.A., a French corporation, ALCAN RHENALU, a French corporation, ALCAN PECHINEY CORP., a Texas corporation, PECHINEY METALS, LLC, a Delaware limited liability company, ALCAN ROLLED PRODUCTS-RAVENSWOOD,LLC, a Delaware limited liability company | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER AMENDING CAPTION**

WHEREAS, by Stipulation and Order entered by this Court on October 25, 2006 (D.I. 34), all of plaintiff Alcoa, Inc.'s claims against defendants Alcan, Inc., Alcan Corp. (a Texas corporation), Alcan Corp. (a Delaware corporation), Pechiney, S.A., Alcan Pechiney Corp., Pechiney Metals, LLC, and Alcan Rolled Products-Ravenswood, LLC were dismissed without prejudice;

NOW THEREFORE, it is hereby stipulated and agreed by and among counsel for the parties, subject to the approval and order of the Court, that the caption in the above referenced action shall be amended as follows:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-383-SLR |
| | ) |
| ALCAN RHENALU, | ) |
| | ) |
| Defendant. | ) |

RICHARDS LAYTON & FINGER

/s/ Gregory E. Stuhlman

Frederick L. Cottrell, III (#2555)
Jeffrey L. Moyer (#3309)
Gregory E. Stuhlman (#4765)
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
cottrell@rlf.com
moyer@rlf.com
stuhlman@rlf.com

Counsel for Plaintiff

178435.1

ASHBY & GEDDES

/s/ John G. Day

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (ID #3950)
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

Counsel for Defendant


SO ORDERED this _____ day of March, 2007.

_____
Chief Judge

2