IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-383-SLR |
| | ) |
| ALCAN RHENALU, | ) |
| | ) |
| Defendant.[1] | ) |

## O R D E R

At Wilmington this 6th day of March, 2007, having conferred with the parties regarding the pending motion to dismiss for failure to state a claim, as well as regarding scheduling issues;

IT IS ORDERED that said motion to dismiss for failure to state a claim (D.I. 20) is denied without prejudice to renew at the conclusion of discovery, as said motion refers to matters outside the pleadings (see D.I. 22) and the court, as a matter of practice, does not entertain summary judgment motions until all discovery has been completed.

_____
United States District Judge

---

[1]By stipulation and order entered October 25, 2006 (D.I. 34), all claims against seven of the originally named defendants were dismissed without prejudice and their pending motions to dismiss (D.I. 23, 25) were withdrawn without prejudice. Alcan Rhenalu is the only remaining defendant. (D.I. 34, ¶ 2)