IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ALCAN, INC., a Canadian corporation, ALCAN CORP., a Texas corporation, ALCAN CORP., a Delaware corporation, PECHINEY, S.A., a French corporation, ALCAN RHENALU, a French corporation, ALCAN PECHINEY CORP., a Texas corporation, PECHINEY METALS, LLC, a Delaware corporation, ALCAN ROLLED PRODUCTS - RAVENSWOOD, LLC, a Delaware limited liability company, <br><br> Defendants. | C.A. No. 06-383-SLR |

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on April 10, 2007, true and correct copies of Initial Disclosures of Alcoa Inc. were served upon the below-named counsel of record in the following manner:

| | |
|---|---|
| **HAND DELIVERY** <br> Steven J. Balick <br> Ashby & Geddes <br> 222 Delaware Avenue <br> P.O. Box 1150 <br> Wilmington, Delaware 19899 | **FEDERAL EXPRESS** <br> Steven R. Trybus <br> Shelly Smith <br> Jenner & Block LLP <br> 330 N. Wabash Avenue <br> Chicago, Illinois 60611-7603 |

|  |  |
|---|---|
| OF COUNSEL: | /s/ Frederick L. Cottrell, III |
|  | Frederick L. Cottrell, III (#2555) |
| Evan Chesler | cottrell@rlf.com |
| Daniel Slifkin | Jeffrey L. Moyer (#3309) |
| Stephen Frank | moyer@rlf.com |
| Cravath, Swaine & Moore LLP | Gregory E. Stuhlman (#4765) |
| Worldwide Plaza | stuhlman@rlf.com |
| 825 Eighth Avenue | Richards, Layton & Finger |
| New York, New York 10019 | One Rodney Square |
| (212) 474-1000 | P. O. Box 551 |
|  | Wilmington, DE 19899 |
|  | (302) 651-7700 |
| Dated: April 10, 2007 | *Attorneys for Plaintiff Alcoa, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2007, I hand delivered the foregoing Notice of Service to the following persons and electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

**HAND DELIVERY:**
Steven J. Balick
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899

I hereby certify that on April 10, 2007, I have sent by Federal Express the aforesaid Notice of Service to the following non-registered participants:

**FEDERAL EXPRESS:**
Steven R. Trybus
Shelly Smith
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, Illinois 60611-7603

Gregory E. Stuhlman (#4765)
stuhlman@rlf.com