IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ALCAN RHENALU, <br><br> Defendant. | C.A. No. 06-383-SLR |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Kelly E. Farnan of Richards, Layton & Finger is substituted for Gregory E. Stuhlman of Richards, Layton & Finger as counsel for Plaintiff Alcoa, Inc. Frederick L. Cottrell, III and Richards, Layton & Finger continue to represent Plaintiff Alcoa, Inc. in this matter.

OF COUNSEL:

Evan Chesler
Daniel Slifkin
Stephen Frank
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

Dated: May 18, 2007

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Plaintiff Alcoa, Inc.*

RLF1-3151691-1

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2007, I hand delivered the foregoing Notice of Service to the following persons and electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

**HAND DELIVERY:**
Steven J. Balick
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899

I hereby certify that on May 18, 2007, I have sent by Federal Express the aforesaid Notice of Service to the following non-registered participants:

**FEDERAL EXPRESS:**
Steven R. Trybus
Shelly Smith
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, Illinois 60611-7603

Gregory E. Stuhlman (#4765)
stuhlman@rlf.com