IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA, INC.,<br><br>                              Plaintiff,<br><br>vs.<br><br>ALCAN RHENALU,<br><br>                              Defendant. | C.A. No. 06-383-SLR |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on May 30, 2007, true and correct copies of (i) Plaintiff Alcoa, Inc.'s Second Request to Defendant Alcan Rhenalu for the Production of Documents and Things and (ii) Plaintiff Alcoa, Inc.'s First Set of Interrogatories were served upon the below-named counsel of record in the following manner:

| **HAND DELIVERY** | **FEDERAL EXPRESS** |
|---|---|
| Steven J. Balick | Steven R. Trybus |
| Ashby & Geddes | Shelly Smith |
| 222 Delaware Avenue | Jenner & Block LLP |
| P.O. Box 1150 | 330 N. Wabash Avenue |
| Wilmington, Delaware 19899 | Chicago, Illinois 60611-7603 |

*/s/ Kelly E. Farnan*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Kelly E. Farnan (#4395)
farnan@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Plaintiff Alcoa, Inc.*

OF COUNSEL:

Evan Chesler
Daniel Slifkin
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

Dated: May 31, 2007

RLF1-3159087-1

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2007, I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Steven J. Balick
> Ashby & Geddes
> 222 Delaware Avenue
> P.O. Box 1150
> Wilmington, Delaware 19899

I hereby certify that on May 31, 2007, I have sent by e-mail the aforesaid Notice of Service to the following non-registered participants:

> Steven R. Trybus
> Shelly Smith
> Jenner & Block LLP
> 330 N. Wabash Avenue
> Chicago, Illinois 60611-7603

          /s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
Farnan@rlf.com