IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA INC., | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Civ. No. 06-383-SLR |
| ALCAN RHENALU, | ) ) ) |
|     Defendant. | ) ) |

**JUDGMENT IN A CIVIL CASE**

Consistent with the Corrected Notice of Rule 68 Offer of Judgement and Acceptance filed by the parties on June 28, 2007 (D.I. 56);

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of plaintiff Alcoa, Inc. and against defendant Alcan Rhenalu.

_____
United States District Judge

Dated: July 25, 2007

_____
(By) Deputy Clerk